E-FILED 02/21/12
JS-6
cc: Judge Bianchini;
Rosa Morales, ADR Prisoner Settlement Coordinator

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT SHEPPARD,**<br><br>Plaintiff,<br><br>v.<br><br>**J. HACKETT, et al.,**<br><br>Defendants. | Case No. CV 06-00524 PSG (AJWx)<br><br>**[PROPOSED] ORDER** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: 02/17/12

_____
The Hon. Philip S. Gutierrez

SD2006501279

1